BEFORE THE FIRST DIVISION, MARCH 4, 1954

**No. 57882.**—S. A. Haram & Co., Inc., et al. *v.* United States, protests 216716–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of herring, prepared or preserved in any manner, packed in airtight containers weighing with their contents not more than 15 pounds each, without added oil or oil and other substances, the claim of the plaintiffs was sustained.